UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONICA LE GENDRE,

          Plaintiff,

-v-

CITY OF NEW YORK, et al.,

          Defendants.

CIVIL ACTION NO. 25 Civ. 1724 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the initial conference held today, June 23, 2025, a telephone status conference is scheduled for **Monday, September 15, 2025, at 2:30 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

On or before **September 10, 2025**, the parties shall file a joint letter setting forth (i) the status of discovery and any issues ripe for the Court's attention, and (ii) whether the parties request an adjournment of the September 15, 2025 conference and, if so, proposed dates on which the parties are available for the telephone conference.

Dated:      New York, New York
              June 23, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
United States Magistrate Judge