UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONICA LE GENDRE,

                Plaintiff,

-v-

                CIVIL ACTION NO. 25 Civ. 1724 (LAK) (SLC)

CITY OF NEW YORK, et al.,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on September 15, 2025, another Telephone Conference to discuss the status of discovery is scheduled for **November 21, 2025, at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. On or before **November 17, 2025**, the parties may, but are not required to, file a joint letter setting forth the status of discovery and any issues ripe for the Court's attention.

Dated:    New York, New York
           September 15, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**