UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONICA LE GENDRE,

                Plaintiff,

-v-

                CIVIL ACTION NO. 25 Civ. 1724 (LAK) (SLC)

CITY OF NEW YORK, et al.,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

    In light of the government shutdown and the ongoing lapse in appropriations, Court operations will be suspended on Fridays effective November 14, 2025, except for emergency excepted activities. Accordingly, the Telephone Conference (the "Conference") scheduled for November 21, 2025, at 10:00 a.m. ET to discuss the status of discovery, (Dkt. No. 18), is **ADJOURNED** to **November 24, 2025, at 10:30 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

    The deadline of November 17, 2025 for the parties to file a joint letter setting forth the status of discovery and any issues ripe for the Court's attention, (Dkt. No. 18), is **EXTENDED** to **November 18, 2025**.

Dated:    New York, New York
            November 12, 2025

                              SO ORDERED.

                              _/s/ Sarah L. Cave_
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**