UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONICA LE GENDRE,

                Plaintiff,

-v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 1724 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Pursuant to the Telephone Conference held on November 24, 2025, another Telephone Conference to discuss the status of discovery is scheduled for **February 3, 2026, at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. On or before **January 29, 2026**, the parties shall file a joint letter setting forth the status of discovery and any issues ripe for the Court's attention.

Dated:    New York, New York
            November 24, 2025

                                      SO ORDERED.

                                      **SARAH L. CAVE**
                                      **United States Magistrate Judge**