UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONICA LE GENDRE,

                    Plaintiff,

   -v-                                                    CIVIL ACTION NO. 25 Civ. 1724 (LAK) (SLC)

                                                          **ORDER**
CITY OF NEW YORK, et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On April 22, 2026, Plaintiff Onica Le Gendre ("Plaintiff") filed an amended complaint. (Dkt. No. 36). On the same day, Plaintiff filed requests for the issuance of summons on Defendants Francisco Floresayala, Habner Sanchez, Maggie Gonzalez, Steffanie Pratt, Susan Arias, and Joshua Diaz. (Dkt. Nos. 37–42 (the "Requests")). On April 23, 2026, the Clerk of Court marked the Requests deficient and directed Plaintiff to re-file them. (Dkt. Nos. 37–42; Dkt. Entry dated Apr. 23, 2026). To date, however, Plaintiff has not re-filed the Requests. Accordingly, Plaintiff is **ORDERED** to re-file the Requests pursuant to the Clerk of Court's instructions by **May 6, 2026**. (See Dkt. Entry dated Apr. 23, 2026).

Dated:      New York, New York
            April 29, 2026

                                                          SO ORDERED.

                                                          _____
                                                          SARAH L. CAVE
                                                          **United States Magistrate Judge**