UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONICA LE GENDRE,

                Plaintiff,

  -v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 1724 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Orders at Dkt. Nos. 26 and 28, the parties' deadline to file a joint letter setting forth the status of discovery and any issues ripe for the Court's attention was May 4, 2026 (the "May 4 Letter"). (Dkt. Nos. 26; 28). To date, the parties have not filed the May 4 Letter, which the Court takes to mean that the parties are cooperatively proceeding through discovery and have no issues ripe for the Court's attention. The Court reminds the parties that the deadline to complete fact discovery is **June 30, 2026**. (Dkt. No. 26). Accordingly, by **June 5, 2026**, the parties shall file a joint letter setting forth the status of discovery and any issues ripe for the Court's attention.

Dated:      New York, New York
           May 5, 2026

                          SO ORDERED.

                          SARAH L. CAVE
                          **United States Magistrate Judge**