UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONICA LE GENDRE,<br><br>                    Plaintiff,<br><br>    -v-<br><br><br>CITY OF NEW YORK, et al.,<br><br>                    Defendants. | CIVIL ACTION NO. 25 Civ. 1724 (LAK) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Orders at Dkt. Nos. 58 and 60, the parties' deadline to file a joint letter setting forth the status of discovery and any issues ripe for the Court's attention was June 5, 2026 (the "Letter").  (Dkt. Nos. 58 and 60).  To date, the parties have not filed the Letter.  As a courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file the Letter to **June 15, 2026**.

Dated:      New York, New York
            June 8, 2026

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**