UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONICA LE GENDRE,

                    Plaintiff,

        -v-                                              CIVIL ACTION NO. 25 Civ. 1724 (LAK) (SLC)

                                                        **ORDER**

CITY OF NEW YORK, et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 63, the parties' deadline to file a joint letter setting forth the status of discovery and any issues ripe for the Court's attention was June 25, 2026 (the "Letter").  (Dkt. No. 63).  To date, the parties have not filed the Letter.  As a courtesy, the Court sua sponte **EXTENDS** the parties' deadline to file the Letter to **July 2, 2026**.

Dated:        New York, New York
              June 26, 2026

                                                SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**