UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONICA LE GENDRE,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 1724 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Orders at Dkt. Nos. 68, 74, and 76, the deadline for Plaintiff Onica Le Gendre ("Plaintiff") to serve Defendants Steffanie Pratt and Joshua Diaz (the "Unserved Defendants") with a summons and the amended complaint (Dkt. No. 36 (the "AC")) was August 20, 2026. (Dkt. Nos. 68; 74; 76). To date, Plaintiff has not filed the required proof of service. As a one-time courtesy, the Court sua sponte **EXTENDS** Plaintiffs' deadline to file the required proof of service of the summons and AC on the Unserved Defendants to **September 4, 2026**.

PLAINTIFF IS WARNED THAT FAILURE TO FILE THE REQUIRED PROOF OF SERVICE BY **SEPTEMBER 4, 2026** MAY RESULT IN THE COURT RECOMMENDING PLAINTFF'S CLAIMS AGAINST THE UNSERVED DEFENDANTS BE DISMISSED FOR FAILURE TO PROSECUTE.

Dated: New York, New York
August 21, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**