UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONICA LE GENDRE,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 1724 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court previously held in abeyance the deadline for Defendants the City of New York (the "City"), Francisco Floresayala, ("Floresayala"), Maggie Gonzalez ("Gonzalez"), Steffanie Pratt ("Pratt"), Habner Sanchez ("Sanchez"), and Susan Arias ("Arias") to respond to the amended complaint (Dkt. No. 36 (the "AC")) pending service of the AC on Arias. (Dkt. No. 88). The Court also held discovery deadlines in abeyance pending service of the AC on Arias. (Id.)

On October 28, 2026, Plaintiff Onica Le Gendre ("Plaintiff") filed a notice of voluntary dismissal as to Arias. (Dkt. No. 91 (the "Arias NoD")). On October 30, 2026, the Honorable Lewis A. Kaplan endorsed the Arias NoD. (Dkt. No. 93). In light of Plaintiff's voluntarily dismissal of Arias, the Court **ORDERS** that the City, Floresayala, Gonzalez, Pratt, and Sanchez shall respond to the AC by **November 23, 2026**. Further, by **November 23, 2026**, the parties shall also file a letter proposing a revised discovery schedule for the remaining discovery in this action.[1]

[1] The Court reminds the parties that a settlement conference is scheduled to take place in-person on **November 18, 2026 at 2:15 p.m. ET**. (Dkt. No. 92).

Further, on September 5, 2026, Defendants Riverbay Corporation and Joshua Diaz (the "Cross Plaintiffs") filed their answer to the AC asserting cross claims (the "Cross Claims") against the City, Sanchez, Arias, Floresayala, and Gonzalez (the "Cross Defendants"). (Dkt. No. 80). Given that Plaintiff served the summons and AC on Sanchez on September 28, 2026 (Dkt. No. 86) — after the Cross Plaintiffs filed the Cross Claims — e-service of the Cross Claims on Sanchez is not sufficient. The Court reminds the Cross Plaintiffs that their deadline to serve Sanchez with the Cross Claims is **December 4, 2026**. See Fed. R. Civ. P. 4(m).

Finally, by **December 4, 2026**, in light of Plaintiff's voluntary dismissal of Arias (see Dkt. No. 93), the Cross Plaintiffs shall also file a letter (the "Letter") indicating whether they wish to voluntarily dismiss the Cross Claims against Arias. In the meantime, the deadline for the Cross Defendants to respond to the Cross Claims shall remain **HELD IN ABEYANCE** pending the Letter and service of the Cross Claims on Sanchez.

Dated: New York, New York
November 2, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**