UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONICA LE GENDRE,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 1724 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a settlement conference on November 18, 2026 (the "Conference"), which did not result in a resolution. Following the Conference, the parties shall meet and confer regarding (i) the remaining service of and responses to pleadings, and (ii) any remaining fact discovery, including depositions of Defendants and nonparties, and an independent medical exam of Plaintiff. The deadline of November 23, 2026 for the parties to file a joint letter proposing a revised discovery schedule for the remaining discovery in this action (Dkt. No. 94) is **EXTENDED** to **December 1, 2026**. In that letter, the parties shall update the Court on (i) the status of service of and responses to pleadings, and (ii) any remaining fact discovery, and propose a schedule for both.[1]

Dated: New York, New York
November 19, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

[1] The Court reminds the parties that the deadline for Defendants the City of New York, Francisco Floresayala, Maggie Gonzalez, Steffanie Pratt, and Habner Sanchez to respond to the amended complaint (Dkt. No. 36) is **November 23, 2026**. (Dkt. No. 94).